UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICHOLAUS SINON** | : | CASE NO.: |
|     **Plaintiff,** | : | 3:16-cv-1239-WWE |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **EKO ENTERPRISES, LLC d/b/a** | : | |
| **AUTO LANDMARK** | : | OCTOBER 3, 2016 |
|     **Defendant** | : | |
| | : | |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Nicholaus Sinon, through his attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

           PLAINTIFF, NICHOLAUS SINON

           By: /s/ *Daniel S. Blinn*
                Daniel S. Blinn, ct02188
                Consumer Law Group, LLC
                35 Cold Spring Rd. Suite 512
                Rocky Hill, CT  06067
                Tel. (860) 571-0408
                Fax. (860) 571-7457
                dblinn@consumerlawgroup.com

CERTIFICATION

     I hereby certify that on this 3rd day of October, 2016, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/Daniel S. Blinn
          Daniel S. Blinn